IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMETT, JR.,

     Petitioner,          No. CIV S-07-0379 DFL KJM P

    vs.

KEN CLARK, Warden,

     Respondent.       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee ($5.00).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

1   　　　　2. The Clerk of the Court is directed to send petitioner a new Application to
2   Proceed In Forma Pauperis By a Prisoner.
3   DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

6   1/mp
    brum0379.3a