IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN RAY BRUMMET JR.,

    Petitioner,  No. CIV S-07-0379 RRB KJM P

    vs.

KEN CLARK,

    Respondent.  ORDER
_____/

    Petitioner has requested that his motions for a stay be withdrawn. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The court's May 1, 2007 findings and recommendations are vacated; and

    2. Petitioner's July 5, 2007 request that his February 26, 2007 and May 18, 2007 motions for stay be withdrawn is granted.

DATED: August 31, 2007.

                                  U.S. MAGISTRATE JUDGE

1
brum0379.wit