IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN RAY BRUMMETT, JR.,** | CIV S-07-0379 DFL KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before January 25, 2008.

Dated: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1