1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   **MELVIN RAY BRUMMETT, JR.,**                    CIV S-07-0379 RRB KJM P

12                                    Petitioner,     **ORDER**

13                 **v.**

14   **KEN CLARK,**

15                                    Respondent.

16

17          Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's

18   Petition for Writ of Habeas Corpus be filed on or before February 25, 2008.

19   Dated:  January 24, 2008.

20                                          _____

21                                          U.S. MAGISTRATE JUDGE

22

23

24

25

26

27

28

[Proposed] Order