UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN RAY BRUMMETT, JR., | ) | |
| Petitioner, | ) | No. CV-07-379-LRS |
| v. | ) | **ORDER DENYING** |
| KEN CLARK, Warden, | ) | **CERTIFICATE OF APPEALABILITY**, |
| Respondent. | ) | *INTER ALIA* |

Petitioner has filed a Notice of Appeal (Ct. Rec. 48), appealing this court's September 28, 2009 "Order Denying §2254 Petition" (Ct. Rec. 45).

A certificate of appealability must be obtained by a petitioner in order to pursue an appeal from a final order in a Section 2254 habeas corpus proceeding. 28 U.S.C. Section 2253(c)(1)(A); Fed. R. App. P. 22(b). A certificate of appealability should be issued only where the appeal presents a substantial showing of the denial of a constitutional right. 28 U.S.C. Section 2253(c)(2). A certificate should issue where the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, **and** whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595 (2000).

Petitioner asserts that Grounds One, Two, Three, Four, Five and Six meet the standard for the issuance of a certificate of appealability. For the reasons adequately set forth in the "Order Denying §2254 Petition," this court concludes

**ORDER DENYING CERTIFICATE
OF APPEALABILITY,** *INTER ALIA* **-      1**

jurists of reason would not find it debatable whether the petition states a valid claim of the denial of a constitutional right. Here, Petitioner's appeal fails to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Petitioner's "Motion For Leave to File a Certificate of Appealability in Excess of 25 Pages" (Ct. Rec. 50) is **GRANTED**. Petitioner's "Motion For Certificate Of Appealability" (Ct. Rec. 49) is **DENIED**. Accordingly,

**IT IS SO ORDERED**. The District Executive shall enter this Order and forward a copy to Petitioner.

**DATED** this ___23rd___ of November, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
Chief United States District Judge

**ORDER DENYING CERTIFICATE OF APPEALABILITY,** *INTER ALIA* **-    2**